# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **SCOTT FRAZIER and AQUANANO, LLC,** § § § | |
| **Plaintiffs,** § § | **CASE NO. 4:18-CV-00879-ALM-KPJ** |
| v. § § | |
| **CHEROKEE CHEMICAL CO. d/b/a CCI, CHEMLINE INSURANCE, LTD. and ALLEN CRISWELL,** § § § § | |
| **Defendants.** § § | |

## ORDER

On January 19, 2021, Defendant Chemline Investment Management, Inc. f/k/a Chemline Insurance, Ltd. ("Chemline") filed a Suggestion of Bankruptcy (the "Notice") notifying the Court that Plaintiff Timothy Scott Frazier ("Frazier") filed Chapter 13 Bankruptcy in the United States Bankruptcy Court for the Eastern District of Texas, under Case No. 21-40002. *See* Dkt. 86.

**IT IS THEREFORE ORDERED** that all claims are **STAYED** pursuant to 11 U.S.C. § 362, and all deadlines are abated

**IT IS FURTHER ORDERED** that this case be **ADMINISTRATIVELY CLOSED** during the pendency of the bankruptcy case. Plaintiffs are instructed to notify the Court when the bankruptcy matter is resolved and this case is ready to proceed.

So ORDERED and SIGNED this 20th day of January, 2021.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE